```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAWN PEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANN NOONAN, SIDNEY KEELAN, | ) | ORDER |
| and JOHN EDDY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court *sua sponte*. On July 21, 2004, the court informed the parties by letter and order of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting.

On February 9, 2005, the deadline for filing the Rule 26 report was extended until 15 days following the court's ruling on the motion to dismiss. Filing 48. The ruling on the motion to dismiss was entered on April 19, 2005. Filing 49. The parties' planning report has not been filed.

Accordingly,

IT THEREFORE HEREBY IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before August 22, 2005, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 9th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge