```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

DAWN PEETZ,                        )
                                   )
               Plaintiff,          )        4:04CV3209
                                   )
         v.                        )
                                   )
JOANN NOONAN, SIDNEY KEELAN,       )        ORDER
and JOHN EDDY,                     )
                                   )
               Defendants.         )
                                   )
```

Plaintiff's counsel has responded to the order to show cause.

IT THEREFORE HEREBY IS ORDERED,

The order to show cause dated August 9, 2005 (filing 9) is withdrawn.

September 20, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge