IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN PEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3209 |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| JOANN NOONAN and | ) | ORDER |
| SIDNEY KEELAN, | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff's counsel has responded to the order to show cause.

   IT THEREFORE HEREBY IS ORDERED,

   The order to show cause dated September 13, 2005 (filing 62) is withdrawn.

   September 20, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge