```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAWN PEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANN NOONAN and SIDNEY KEELAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference that was set for November 23 is rescheduled to November 28, 2005 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 20th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge