```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

DAWN PEETZ,                       )
                                  )
                Plaintiff,        )         4:04CV3209
                                  )
         v.                       )
                                  )
JOANN NOONAN,                     )            ORDER
                                  )
                Defendant.        )
                                  )
```

IT IS ORDERED:

The parties' joint motion to alter dates, filing 79, is granted in part as follows:

1. Jury trial is continued from February 21, 2006 to March 27, 2006 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held March 8, 2006 at 10:30 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to March 1, 2006, and all deadlines based on the deposition deadline, <u>which have not expired</u>, are amended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated January 9, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge