IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN PEETZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANN NOONAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to alter progression and trial dates, filing 82, is denied.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge